RONALD A. PETERS, Bar No. 169895
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone:     408.998.4150
Facsimile:     408.288.5686
E-Mail: rpeters@littler.com

(ENDORSED)
FILED

JUN -3 08

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CL
BY_____ DEPUTY
J. Gao-Nguyen

Attorneys for Defendants
OLD OAK BOTTLE SHOP; RADHAKA HAZRA;
DALIA HAZRA; SAJAL KUMAR KONDU

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| JAGDISH SINGH;<br><br>Plaintiff,<br><br>v.<br><br>OLD OAK BOTTLE SHOP; RADHAKA HAZRA; DALIA HAZRA; SAJAL KUMAR KONDU; AS INDIVIDUALS, AND DOES 1-20;<br><br>Defendants. | Case No.  1-08-CV-104656<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>**28 U.S.C. § 1441** |

TO PLAINTIFF, JAGDISH SINGH AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed by Defendants

OLD OAK BOTTLE SHOP; RADHAKA HAZRA; DALIA HAZRA and SAJAL KUMAR

KONDU, in the United States District Court for the Northern District of California on June 3, 2008

pursuant to 28 U.S.C. § 1441. A copy of said Notice of Removal is attached to the Notice and is

served and filed herewith.

///

///

///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose CA 95113 2303
408 998 4150

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

1    Dated: June 3, 2008

2

3    _____

4    RONALD A. PETERS
     LITTLER MENDELSON
     A Professional Corporation

5    Attorneys for Defendants
     OLD OAK BOTTLE SHOP; RADHAKA

6    HAZRA; DALIA HAZRA; SAJAL KUMAR
     KONDU

7

8

9

10

11

12

13    Firmwide:85414918.1 051663.1000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose  CA  95113 2303
408 998 4150

2.

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 3, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> NOTICE OF FILING AND REMOVAL
> NOTICE TO STATE COURT AND ADVERSE PARTY OF
> REMOVAL OF CIVIL ACTION TO FEDERAL COURT
> NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.
> §1441(B) (FEDERAL QUESTION)
> PURSUANT TO 28 U.S.C. § 1441(B) (FEDERAL QUESTION)
> WITH EXHIBITS 1 AND 2

in a sealed envelope, postage fully paid, addressed as follows:

Robert David Baker, Esq.
Robert David Baker, Inc.
1611 The Alameda
San Jose, CA 95126

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 3, 2008, at San Jose, California.

_Pauline R. Lopez_
Pauline R. Lopez

Firmwide:85406241.1 051663.1000

TTLER MENDELSON
PROFESSIONAL CORPORATION
West San Fernando Street
15th Floor
an Jose CA 95113 2303
408 998 4150

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 3, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT WITH ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in a sealed envelope, postage fully paid, addressed as follows:

Robert David Baker, Esq.
Robert David Baker, Inc.
1611 The Alameda
San Jose, CA 95126

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 3, 2008, at San Jose, California.

_____
Pauline R. Lopez

Firmwide:85406241.1 051663.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

PROOF OF SERVICE